Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (pro hac vice application forthcoming)
Tom Kherkher (pro hac vice application forthcoming)
Leigh S. Montgomery (pro hac vice application forthcoming)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Attorneys for Plaintiffs and
the Proposed Class

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendants
OPENAI, INC., OPENAI GP LLC,
OPENAI OPCO LLC, OPENAI GLOBAL LLC,
OAI CORPORATION LLC, OPENAI GROUP PBC,
and OPENAI HOLDINGS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TED ENTERTAINMENT, INC., MATT FISHER, AND GOLFHOLICS, INC., EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI GROUP PBC, AND OPENAI HOLDINGS, LLC,<br><br>Defendants. | Case No. 5:26-cv-2935-BLF<br><br>**CLASS ACTION COMPLAINT**<br><br>**JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT [CIV. L.R. 6-1(a)]**<br><br>Action Filed:  April 3, 2026 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Ted Entertainment, Inc. ("TEI"), Matt Fisher, and Golfholics, Inc. (collectively, "Plaintiffs") and Defendants OpenAI, Inc.; OpenAI GP LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation LLC; OpenAI Holdings LLC; and OpenAI Group PBC (collectively, "OpenAI Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed their Class Action Complaint on April 3, 2026 (ECF 1);

WHEREAS, Plaintiffs served their Class Action Complaint on the OpenAI Defendants on April 28, 2026 (ECF 18);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the OpenAI Defendants currently have until May 19, 2026 to answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the OpenAI Defendants have requested, and Plaintiffs have consented to, additional time for the OpenAI Defendants to answer or otherwise respond to the Complaint;

WHEREAS, the OpenAI Defendants have not made any prior requests for an extension of time to respond to the Complaint in this case, and this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

The OpenAI Defendants' time to file a responsive pleading to Plaintiffs' Complaint shall be, and is, extended to July 27, 2026.

Dated: May 19, 2026

HEAH BAR-NISSIM LLP

By: */s/ Rom Bar-Nissim*
Rom Bar-Nissim
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

*Attorneys for Plaintiffs and
the Proposed Class*

Dated: May 19, 2026

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
Joseph C. Gratz

*Attorneys for Defendants
OpenAI, Inc., OpenAI GP LLC, OpenAI
OpCo LLC, OpenAI Global LLC, OAI
Corporation LLC, OpenAI Group PBC
and OpenAI Holdings LLC*