United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

TED ENTERTAINMENT, INC., et al.,

Plaintiffs,

v.

OPENAI INC., et al.,

Defendants.

Case No. 26-cv-02935-BLF

**ORDER REGARDING STIPULATION TO EXTEND BRIEFING SCHEDULE FOLLOWING OPENAI DEFENDANTS' RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT**

[Re: ECF No. 22]

The Parties have filed a stipulation to extend the briefing schedule following Defendants' anticipated motion to dismiss. ECF No. 22. The briefing schedule set forth in the stipulation is APPROVED. Plaintiffs shall file their Opposition to the Motion to Dismiss on August 24, 2026, and OpenAI shall file its Reply in Support of the Motion to Dismiss on September 14, 2026.

The Parties also ask to reserve a hearing date for October 8, 2026, and to continue the case management conference to that date. Per this Court's Standing Order Re Civil Cases, hearing dates may be reserved by contacting the undersigned's courtroom deputy no more than 14 days before the motion is filed. *See* Standing Order Re Civil Cases § III.A. Accordingly, the Parties' request to reserve a hearing date is DENIED. However, the Court will CONTINUE the initial case management conference to November 5, 2026, at 11:00 a.m. by videoconference. The Parties SHALL file a joint case management statement on or before October 29, 2026.

**IT IS SO ORDERED.**

Dated: June 22, 2026

BETH LABSON FREEMAN
United States District Judge