United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

TED ENTERTAINMENT, INC., et al.,
Plaintiffs,

v.

OPENAI INC., et al.,
Defendants.

Case No. 26-cv-02935-BLF

**ORDER STRIKING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH STANDING ORDERS**

[Re: ECF No. 30]

Plaintiffs have submitted an opposition to Defendants' motion to dismiss that fails to comply with this Court's standing orders because it contains six single-spaced footnotes, three of which include substantive legal arguments with citations to legal authorities. *See* ECF No. 30 at 12 n.1, 15 n.2, 17 nn.3–5, 23 n.6.

Pursuant to this Court's Standing Order, footnotes must be double-spaced and written in at least 12-point font. *See* Standing Order re Civil Cases § IV.F. They may not contain citations to legal authorities or evidence. *Id.* In general, no more than five footnotes per brief will be accepted. *Id.*

Plaintiffs' opposition is hereby STRICKEN. Plaintiffs SHALL file a corrected opposition, conforming in all respects with this Court's Standing Orders and this district's Civil Local Rules, no later than September 4, 2026.

**IT IS SO ORDERED.**

Dated: August 28, 2026

BETH LABSON FREEMAN
United States District Judge