Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Tom Kherkher (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
TKherkher@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

James E. Cecchi (admitted *pro hac vice*)
Kevin G. Cooper (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

TED ENTERTAINMENT, INC., MATT FISHER, AND GOLFHOLICS, INC. each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

OPENAI, INC., OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI GROUP PBC, AND OPENAI HOLDINGS, LLC,

Defendants.

Case No. 5:26-cv-02935-BLF

Honorable Beth Labson Freeman

**PLAINTIFF GOLFHOLICS, INC.'S NOTICE OF VOLUNTARY DISMISSAL**



PLEASE TAKE NOTICE that Plaintiff Golfholics, Inc. files this Notice of Voluntary Dismissal of its claims against Defendants OpenAI, Inc., OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Group PBC, and OpenAI Holdings, LLC (collectively, "Defendants"), without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as a class member in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or motion for summary judgment.

Plaintiffs Ted Entertainment, Inc. and Matt Fisher will remain as Plaintiffs in this action.

Respectfully submitted,

Dated: September 28, 2026

By: /s/ Rom Bar-Nissim

HEAH BAR-NISSIM LLP
Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Jarrett Lee Ellzey (*pro hac vice* forthcoming)
Tom Kherkher (*pro hac vice*)
Leigh S. Montgomery (*pro hac vice* forthcoming)
ELLZEY KHERKHER SANFORD

MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

James E. Cecchi (admitted *pro hac vice*)
Kevin G. Cooper (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify this ___ day of September, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record, and is available for viewing and downloading.

/s/ Rom Bar-Nissim