William J. Edelman (SBN 285177)
MILBERG, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com

*Attorney for Plaintiff Matt Fisher and the Proposed Class*
[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT FISHER, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI GROUP PBC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Case No. 5:26-cv-02935-BLF<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>[Civil L.R. 7-3(d)(2)]<br><br>Judge: Hon. Beth Labson Freeman<br>Date: December 17, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 1, 5th Floor |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff respectfully submits the October 30, 2026 Order Re: Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint in *Ace Cam, Inc., et al. v. Runway AI, Inc.*, No. 26-CV-1362 (LAK), 2026 WL 3268747 (S.D.N.Y. Oct. 30, 2026) (attached hereto as **Exhibit A**), which was issued after Plaintiff filed his opposition (ECF No. 34) to Defendants' pending Motion to Dismiss Plaintiffs' Class Action Complaint (ECF No. 24). The decision addresses a claim under 17 U.S.C. § 1201(a).

Dated: November 2, 2026

Respectfully Submitted,


/s/ William J. Edelman
William J. Edelman (SBN 285177)
MILBERG, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (pro hac vice)
Tom Kherkher (pro hac vice)
Leigh S. Montgomery (pro hac vice forthcoming)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

James E. Cecchi (pro hac vice)
Kevin G. Cooper (pro hac vice)
CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I caused the foregoing Plaintiffs' Statement of Recent Decision to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ William J. Edelman*
William J. Edelman